AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Barry Allen Toth**<br><br>Defendant | )<br>) Case: 1:24-mj-60<br>) Assigned To: Magistrate Judge Zia M. Faruqui<br>) Assign Date: 2/23/2024<br>) Description: COMPLAINT WITH ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____ **Barry Allen Toth** _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) (Obstruction of an Official Proceeding);
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds);
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds);
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building);
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

Date: 02/13/2024

*Zia M. Faruqui*
Issuing officer's signature

City and state: Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
Printed name and title

---

### Return

This warrant was received on *(date)* 2/13/24, and the person was arrested on *(date)* 2/16/24
at *(city and state)* Bay City, MI.

Date: 2/16/24

*[signature]*
Arresting officer's signature

SA Nicholas Vanderploeg
Printed name and title